EDNA SWAIN, *ET AL.*, RESPONDENTS, v. AARON K. NEELD, TREASURER, PETITIONER.

*Mr. David D. Furman* and *Mr. Joseph A. Jansen* for the petitioner.

*Messrs. Herrigel, Bolan & Herrigel* for the respondents.

May 26, 1958.   Granted.